|   |   |   |
|---|---|---|
|   |   | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KRISTINA WATANABE & RYAN WATANABE )
                                  )   Case No: 4:19-cv-3551-HSG
          Plaintiff(s),           )
                                  )   **APPLICATION FOR**
     v.                           )   **ADMISSION OF ATTORNEY**
                                  )   **PRO HAC VICE**
USAA CASULATY INSURANCE           )   (CIVIL LOCAL RULE 11-3)
COMPANY; JOHN KANOUSE, et al.     )
          Defendant(s).           )
                                  )

I, Mark D. Foley Jr., an active member in good standing of the bar of Alabama, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant, USAA Casuality Insurance Co. in the above-entitled action. My local co-counsel in this case is Nicholas J. Boos, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Maynard Cooper & Gale, PC, 1901 Sixth Avenue N., Ste 2400, Birmingham, AL  35203 | Maynard Cooper & Gale, LLP, 600 Montgomery St., Ste 2600, San Francisco, CA  94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (205) 254-1056 | (415) 646-4674 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mfoley@maynardcooper.com | nboos@maynardcooper.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3536-G20M.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/17/19                                    Mark D. Foley Jr.
                                                   _____
                                                   APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark D. Foley Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/22/2019                                   *Haywood S. Gill, Jr.*
                                                   _____
                                                   UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# The Supreme Court of Alabama



## Certificate Of Admission

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify that _____ Mark David Foley, Jr. _____ was duly and legally admitted to practice law by the Supreme Court of Alabama on _____ September 24, 2015 _____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _____ June 11, 2019 _____ with the seal of the Supreme Court of Alabama attached.



Julia Jordan Weller, Clerk
Supreme Court of Alabama