| | |
|---|---|
| 1 | GIRARDI | KEESE<br>THOMAS V. GIRARDI, SBN 36603 |
| 2 | 1126 Wilshire Boulevard<br>Los Angeles, California 90017 |
| 3 | Telephone: (213) 977-0211<br>Facsimile: (213) 481-1554 |
| 4 | |
| 5 | Attorneys for Plaintiffs<br>KRISTINA WATANABE & RYAN WATANABE |
| 6 | |
| 7 | MAYNARD COOPER & GALE, LLP<br>NICHOLAS J. BOOS, SBN 233399 |
| 8 | 600 Montgomery Street, Suite 2600<br>San Francisco, California 94111 |
| 9 | Telephone: (415) 646-4674<br>Facsimile: (205) 714-6709 |
| 10 | |
| 11 | Attorneys for Defendant<br>USAA CASUALTY INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA WATANABE & RYAN WATANABE;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>USAA CASUALTY INSURANCE COMPANY; JOHN KANOUSE; and DOES 1 through 20, Inclusive,,<br><br>　　　　Defendants. | Case No. 4:19-CV-03551-HSG<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER** |

04968506.1

1

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER

| | |
|---|---|
| 1 | WHEREAS, Plaintiffs Kristina Watanabe and Ryan Watanabe ("Plaintiffs") and Defendant USAA Casualty Insurance Company ("USAA CIC") entered into a Stipulation to Toll the Statute of Limitations and Dismiss Pending Action Without Prejudice (Dkt. 19); |

WHEREAS, Plaintiffs Kristina Watanabe and Ryan Watanabe ("Plaintiffs") and Defendant USAA Casualty Insurance Company ("USAA CIC") entered into a Stipulation to Toll the Statute of Limitations and Dismiss Pending Action Without Prejudice (Dkt. 19);

NOW THEREFORE, Plaintiffs and USAA CIC enter into the following stipulation for dismissal without prejudice:

## **STIPULATION**

Plaintiffs and USAA CIC, by and through their undersigned attorneys, stipulate to the dismissal without prejudice of all claims in the above-captioned action, each party to bear his, her, or its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: September 17, 2019        GIRARDI | KEESE

By: ___/s/ Thomas V. Girardi___
Thomas V. Girardi
Attorneys for Plaintiffs
KRISTINA WATANABE & RYAN WATANABE

Dated: September 17, 2019        MAYNARD, COOPER & GALE, LLP

By: ___/s/ Nicholas J. Boos___
Michael D. Mulvaney
Christopher C. Frost
Nicholas J. Boos
Mark D. Foley, Jr.
Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

**ORDER**

Having read and considered the foregoing stipulation, IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice. Each party will bear his, her, or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: **9/23/2019**

_____
Hon. Haywood S. Gilliam, Jr.